Argued March 23, affirmed April 3, 1978

In the Matter of the Marriage of
HANEL, *Appellant,*
*and*
HANEL, *Respondent.*
(No. 77-1929, CA 9405)

576 P2d 845

Laurie K. Smith, Eugene, argued the cause for appellant. With her on the brief was Frye, Speer & Smith, P.C., Eugene.

Michael V. Phillips, Eugene, argued the cause for respondent. With him on the brief was Hammons, Phillips & Jensen, Eugene.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *Grove and Grove,* 28 Or App 877, 561 P2d 1034, *modified and remanded* 280 Or 341, 571 P2d 477, 280 Or 769, 572 P2d 1320 (1977).